

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

May 9, 2008

E-filing

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

**SBA**

Re: Transfer of our Civil Case No. CV 08-2842 SJO (SS)

Case Title: Jose L. Rico v. Warden

**(PR)**

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation. Our web site is: http://ecf.cacd.uscourts.gov. Please use your Pacer account and password to access the file.

Very truly yours,

Clerk, U.S. District Court

By _____ Ed Sambrano 213-894-7986
Deputy Clerk

cc: All counsel of record

============================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: 08-2549-SBA.

Clerk, U.S. District Court

By _____ JESSIE MOSLEY
Deputy Clerk

CV-22 (01/01)    TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT

NAME: JOSÉ L. RICO

PRISON IDENTIFICATION/BOOKING NO: C.D.C. G-017-31

ADDRESS OR PLACE OF CONFINEMENT: CALIFORNIA MEDICAL F. P. Box. 2000 VACAVILLE 95696
190 W. HEDDING ST
SAN JOSE CAL 95110.

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

E-filing

FILED APR 2008
KIRI TO
Chief Executive Officer / Clerk
Superior Court of CA County of Santa Clara
Deputy
S. Chua

Fee Due $30

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: CV08-2842 SJO (SS) (PR)
CV08 2549 SBA
To be supplied by the Clerk of the United States District Court

FULL NAME (Include name under which you were convicted)
Petitioner,
JOSÉ L. RICO.
v.
190 W. HEDDING ST.
SAN JOSE Cal 95110.
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER
Respondent.

☐ _____ AMENDED

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

APR 30 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6. When you have completed the form, send the original and two copies to the following address:
Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT
APR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention __CALIFORNIA MEDICAL FACILITY P.O. BOX 2000 VACAVILLE 95696__
   b. Place of conviction and sentence __SANTA CLARA COUNTY__

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*). __CC768011__
   a. Nature of offenses involved (*include all counts*): __ASSAULT OF A DEADLY WEAPON GREAT BODY INJURY.   2 COUNTS.__
   
   b. Penal or other code section or sections: _____

   c. Case number: _____
   d. Date of conviction: _____
   e. Date of sentence: _____
   f. Length of sentence on each count: _____

   g. Plea (*check one*):
      ☒ Not guilty
      ☐ Guilty
      ☐ Nolo contendere

   h. Kind of trial (*check one*):
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☐ Yes  ☒ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _____
   b. Grounds raised (*list each*): __I WAS DEFENDING MYSELF, I WAS THE__
      (1) __VICTIM NOT THE AGRESSOR__

---
CV-69 (04/05)   PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)   Page 2 of 10

(2) __I WAS THE victim, I WAS DEFENDIN MY SELF__
(3) __SHE WAS LIEING ON THE WITNESS STAND__
(4) __it is even in my Transcripts__
(5) __They GAVE ME TOO much time that__
(6) __the case carry__

c. Date of decision: __1-4-08__

d. Result __Guilty.__

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?   ☐ Yes   ☒ No

   If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: _____

   b. Grounds raised *(list each)*:

      (1) _____
      (2) _____
      (3) _____
      (4) _____
      (5) _____
      (6) _____

   c. Date of decision: _____

   d. Result _____

5. If you did not appeal:

   a. State your reasons __Because I was waiting intill I came To The State To Have Better Access To the Law Library.__

   b. Did you seek permission to file a late appeal?   ☐ Yes   ☒ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
   ☐ Yes   ☒ No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: Superior court
(2) Case number: _____
(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): N/A
(4) Grounds raised (list each):
  (a) Because they went on a past
  (b) prior that I never got convicted
  (c) on, I feel that they should
  (d) of not used a non-conviction
  (e) to find me guilty of the
  (f) crime that was committed.
(5) Date of decision: 1-4-08
(6) Result: Guilty

(7) Was an evidentiary hearing held?  ☒ Yes  ☐ No

b. (1) Name of court: San Jose Superior court
(2) Case number: _____
(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): N/A
(4) Grounds raised (list each):
  (a) No strong evidence on my part
  (b) to find a full-conviction. the
  (c) issue was raised because of
  (d) my last prior.
  (e)
  (f)
(5) Date of decision: 1-4-08
(6) Result: Guilty

(7) Was an evidentiary hearing held?  ☒ Yes  ☐ No

c. (1) Name of court: San Jose Superior court
(2) Case number: _____
(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): 4-2-08
(4) Grounds raised (list each):
  (a) No solid evidence to contain a
  (b) strong conviction

(c) <u>Plus Her Testimony was not up</u>
(d) <u>To Standard on the witness stand</u>
(e) <u>Plus she is a mental patient</u>
(f) _____

(5) Date of decision: _____

(6) Result: _____

(7) Was an evidentiary hearing held?  ☒ Yes  ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

CAUTION: *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a. Ground one: <u>She was incompentant To stand trail</u>

(1) Supporting FACTS: <u>that every thing she said was a big fat lie</u>

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☒ No

b. Ground two: _____

(1) Supporting FACTS: <u>the verdict was unfair</u>

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

c. Ground three: _Same as other_

(1) Supporting FACTS: _no Strong evidence_

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

d. Ground four: _Same as other_

(1) Supporting FACTS: _No Strong evidence_

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

e. Ground five: _Same as other_

(1) Supporting FACTS: _No Strong evidence_

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: __Any__

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
   ☐ Yes  ☒ No
   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) __Same as other__
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

      (7) Was an evidentiary hearing held?  ☒ Yes  ☐ No

   b. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) __Same as other__
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

(7) Was an evidentiary hearing held?   ☒ Yes   ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?   ☐ Yes   ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

      (a) Same as other

      (b) _____

      (c) _____

      (d) _____

      (e) _____

      (f) _____

11. Are you presently represented by counsel?   ☒ Yes   ☐ No

If so, provide name, address and telephone number: Lori A Quick, Sixth District Appellate 100 N Winchester Blvd Suit 311 Santa Clara Ca 95050 (408) 241-6171

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  4-2-08       _____José L. Rico_____
           Date        *Signature of Petitioner*

JOSE L. RICO.
_____
Petitioner

**FILED**
APR -3 2008
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
By _____ Deputy
S. Ávila

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

_____
Respondent(s)

I, JOSÉ L. RICO, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. NA

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☒ No
   b. Rent payments, interest or dividends? ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
   d. Gifts or inheritances? ☐ Yes ☒ No
   e. Any other sources? ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☒ No

   If the answer is yes, state the total value of the items owned: _____

---

CV-69 (04/05)     PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)     Page 9 of 10

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

    If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: FRANK UEMURA, JUAN RICO, MICHELLE VILLEGAS, SUE UEMURA.

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 4-2-08
    Date

_Jose L. Rico_
Signature of Petitioner

### CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _0_ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____
Date

_____
Authorized Officer of Institution/Title of Officer



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

Wednesday, April 30, 2008

JOSE L. RICO
G-01731
P.O. BOX 2000
VACAVILLE, CA 95696


Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV08- 2842 SJO (SS)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
[ ] District Court Judge _____
[X] Magistrate Judge ___**Suzanne H. Segal**___

at the following address:

[X] U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA 90012

[ ] Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

[ ] U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: ___HRASHAD___
Deputy Clerk

---

CV-17 (01/01)      **LETTER re FILING H/C PETITION or 28/2255 MOTION**

Case 4:08-cv-02549-SBA   Document 1-2   Filed 05/21/2008   Page 12 of 12



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-3535

Wednesday, April 30, 2008

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

JOSE L. RICO
G-01731
P.O. BOX 2000
VACAVILLE, CA 95696

Dear Sir/Madam:

Your petition has been filed and assigned civil case number      CV08- 2842 SJO (SS)

Upon the submission of your petition, it was noted that the following discrepencies exist:

☐ 1. You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety. The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

☒ 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

☐ (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

☒ (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

☒ (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

☐ (d) You did not use the correct form. You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

☐ (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court
    HRASHAD
By: _____
     Deputy Clerk

CV-111 (07/06)     **NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION**

FILED

2008 APR 30 PM 4:47

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE L. RICO | | CASE NUMBER |
| | PLAINTIFF(S) | CV08- 2842 SJO (SS) |
| V. | | |
| WARDEN | | NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE |
| | DEFENDANT(S) | (Petition for Writ of Habeas Corpus) |

   Pursuant to General Order 07-02, the within action has been assigned to the calendar of the Honorable S. James Otero, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge Suzanne H. Segal, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U.S. District Court

| April 30, 2008 | By | HRASHAD |
|---|---|---|
| Date | | Deputy Clerk |



```
                          UNITED STATES DISTRICT COURT
                         CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JOSE L. RICO, | NO. CV 08-02842 SJO (SS) |
|     Petitioner, | |
| v. | **ORDER TRANSFERRING ACTION TO** |
| WARDEN, | **NORTHERN DISTRICT OF CALIFORNIA** |
|     Respondent. | |

On April 30, 2008, Petitioner, a California state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254. Upon review of the Petition, the Court finds that it lacks jurisdiction. Furthermore, the Court concludes that, in the interest of justice, this case should be transferred to the United States District Court for the Northern District of California.

A petition for writ of habeas corpus brought by a state prisoner may be filed in the United States District Court for either the judicial district in which the petitioner is presently confined or the judicial

1  district in which he was convicted and sentenced. See 28 U.S.C.
2  2241(d); Braden v. 30th Judicial Circuit Court of Ky., 410 U.S. 484,
3  497, 93 S. Ct. 1123, 35 L. Ed. 2d 443 (1973). The current Petition
4  attacks a conviction sustained and sentence imposed in the Santa Clara
5  County Superior Court, which is within the jurisdictional boundaries of
6  the United States District Court for the Northern District of
7  California. See 28 U.S.C. § 84(a). Petitioner is presently confined on
8  the Santa Clara County conviction at the California Medical Facility in
9  Solano County, California. Solano County is within the jurisdictional
10 boundaries of the United States District Court for the Eastern District
11 of California. See 28 U.S.C. § 84(b). Thus, jurisdiction over the
12 Petition exists concurrently in the Northern District of California and
13 the Eastern District of California.
14
15      However, the Court has determined that the Northern District of
16 California is the more appropriate forum for adjudication of the
17 Petition. Braden, 410 U.S. at 493-500 (applying traditional venue
18 considerations to determination of where the action should be located);
19 see also Fest v. Bartee, 804 F.2d 559, 560 (9th Cir. 1986) (same).
20 Petitioner attacks his conviction and sentence rather than the execution
21 of his sentence. Accordingly, all relevant evidence, records and
22 witnesses are more readily available within the Northern District of
23 California. Moreover, the expense and risk of transporting Petitioner
24 to the Northern District of California, in the event that his presence
25 is necessary for a hearing, would likely be outweighed by the costs and
26 difficulties of transporting the records and witnesses to the Eastern
27 District of California. This is especially true because habeas
28 petitions are often resolved without requiring the petitioner's presence

in court. <u>Braden</u>, 410 U.S. at 498. Thus, the Court concludes that this action should be brought in the Northern District of California rather than the Eastern District of California.

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." <u>See also</u> <u>Braden</u> 410 U.S. at 497, 499 n.15 (stating that courts can transfer habeas cases to the district of conviction, which is ordinarily the more convenient forum). Accordingly, in the interest of justice, IT IS ORDERED that the Clerk of the Court transfer this matter to the United States District Court for the Northern District of California.

IT IS FURTHER ORDERED that the Clerk serve a copy of this Order on Petitioner.

IT IS SO ORDERED.

DATED: 5/7/08

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

3

194, CLOSED, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-02842-SJO-SS

Jose L Rico v. Warden
Assigned to: Judge S. James Otero
Referred to: Magistrate Judge Suzanne H. Segal
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/30/2008
Date Terminated: 05/08/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Jose L. Rico**                              represented by **Jose L. Rico**
CDC G-01731
California Medical Facility
PO Box 2000
Vacaville, CA 95696
PRO SE

I hereby attest and certify on 5/9/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V.
          DEPUTY CLERK                       (1098)

**Respondent**

**Warden**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2008 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge S. James Otero and referred to Magistrate Judge Suzanne H. Segal. (Filing fee $ 5 DUE.), filed by Petitioner Jose L. Rico. (et) (Entered: 05/05/2008) |
| 04/30/2008 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge S. James Otero and referred to Magistrate Judge Suzanne H. Segal to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 |

|            |   | days of any change of address. (et) (Entered: 05/05/2008) |
|------------|---|-----------------------------------------------------------|
| 05/08/2008 | 3 | ORDER by Judge S. James Otero transferring case to NORTHERN DISTRICT OF CALIFORNIA. Certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated) (Attachments: # 1 Letter Transmittal Letter) (esa) (Entered: 05/09/2008) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 05/09/2008 11:12:19 |||||
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-02842-SJO-SS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?722066346544762-L_353_0-1                    5/9/2008