FILED
08 JUL 14 PM 1:16

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE L. RICO
      Plaintiff,

vs.

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO CAL. 94102
      Defendant.

CASE NO. _____ 549

PRISONER'S **SBA**
APPLICATION TO PROCEED
IN FORMA PAUPERIS

**(PR)**

I, JOSE L. RICO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes _X_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__              Net: __N/A__

Employer: __N/A__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __UEMURA CONSTRUCTION_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or            Yes ___ No _X_
10           self employment
11      b.   Income from stocks, bonds,         Yes ___ No _X_
12           or royalties?
13      c.   Rent payments?                     Yes ___ No _X_
14      d.   Pensions, annuities, or            Yes ___ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ___ No _X_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                       Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $ __N/A__

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1     b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).

5 _____

6 _____

7   5.     Do you own or are you buying a home?     Yes ____ No ~~X~~

8 Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.     Do you own an automobile?     Yes ____ No ~~X~~

10 Make _____ Year _____ Model _____

11 Is it financed? Yes _____ No _____ If so, Total due: $ _____

12 Monthly Payment: $ _____

13   7.     Do you have a bank account? Yes ____ No ~~X~~ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes ___ No ~~X~~ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes ___ No ~~X~~

20 _____

21   8.     What are your monthly expenses?

22 Rent: $ _____N/A_____ Utilities: _____

23 Food: $ _____N/A_____ Clothing: _____

24 Charge Accounts:

25 Name of Account     Monthly Payment     Total Owed on This Acct.

26 _____   $_____   $_____

27 _____N/A_____   $_____N/A_____   $_____N/A_____

28 _____   $_____   $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)    N/A

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_5-30-08_        _Jese L. Rico._

DATE             SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __JOSE L RICO__ for the last six months
[prisoner name]
__C M F__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0—m/s__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0—m/s__.

Dated: __6-25-08__         __M. Soares__
                              [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                    REPORT DATE: 06/
                                                           PAGE NO:
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                   CALIFORNIA MEDICAL FACILITY
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: JAN. 25, 2008 THRU JUN. 25, 2008

ACCOUNT NUMBER  : G01731               BED/CELL NUMBER: MIJ2000000002
ACCOUNT NAME    : RICO, JOSE LUIS      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

<<  NO ACCOUNT ACTIVITY FOR THIS PERIOD  >>

                          TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTION
 BALANCE         DEPOSITS      WITHDRAWALS   BALANCE       BALANCE      TO BE POSTE
 ----------      ----------    -----------   ---------     --------     -----------
    0.00            0.00          0.00          0.00          0.00          0.0
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 6-25-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: [signature]
     TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
   0.00

CA MEDICAL FACILITY



JOSÉ LUIS RICO
G01731- J-2. 256L.
P.O. BOX 2000
VACAVILLE CAL.
    95696.

US DISTRIC Court
450 GOLDEN GAte AVE
P.O. BOX 36060
SAN FRANCISCO CAL.
        94102-9680

c/o Cuefed 7/9/08