IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE L. RICO,

    Petitioner,

 v.

MIKE KNOWLES, Warden,

    Respondent.
                                    /

No. C 08-02549 SBA (PR)

**ORDER OF DISMISSAL**

    Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed in forma pauperis. Petitioner did not name a respondent in this action. Mike Knowles, the current warden at California Medical Facility where Petitioner is incarcerated, has been named as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

    Petitioner admits that he did not exhaust his state remedies before filing this petition.

    Prisoners in state custody who wish to challenge in federal habeas proceedings either the fact or length of their confinement are first required to exhaust state judicial remedies by presenting the highest state court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. See 28 U.S.C. § 2254(b),(c)); Rose v. Lundy, 455 U.S. 509, 515-16 (1982). If available state remedies have not been exhausted as to all claims, the district court must dismiss the petition. Id. at 510; Guizar v. Estelle, 843 F.2d 371, 372 (9th Cir. 1988). A dismissal solely for failure to exhaust is not a bar to returning to federal court after exhausting available state remedies. See Trimble v. City of Santa Rosa, 49 F.3d 583, 586 (9th Cir. 1995).

    Because Petitioner did not present his claims to the state supreme court for review, either in a petition for review or in a state petition for a writ of habeas corpus, his federal petition is unexhausted and must be DISMISSED. This dismissal is without prejudice to Petitioner returning to state court to exhaust his state remedies and then filing a new federal habeas corpus petition. Should he do so, he is advised to file his new federal habeas corpus petition as soon as possible after his

1  state court proceedings have concluded.  The Court makes no ruling at this time on the issue of the
2  timeliness of any future federal petition.
3       Leave to proceed <u>in forma pauperis</u> is GRANTED (docket no. 3).  The Clerk of the Court
4  shall enter judgment, close the file, and terminate any pending motions.
5       IT IS SO ORDERED.
6  DATED:     9/2/08           *Saundra B Armstrong*
                                      SAUNDRA BROWN ARMSTRONG
7                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\HC.08\Rico2549.dismiss(unexh)2.frm

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

6  JOSE L. RICO,                                                      Case Number: CV08-02549 SBA
7              Plaintiff,                                              **CERTIFICATE OF SERVICE**
8     v.
9  / et al,
10             Defendant.                              /

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13  That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose L. Rico G-01731
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: September 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Rico2549.dismiss(unexh)3.frm