IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE L. RICO,

        Petitioner,

  v.

MIKE KNOWLES, Warden,

        Respondent.
                                      /

No. C 08-02549 SBA (PR)

**JUDGMENT**

    Pursuant to the Order of Dismissal signed today, the petition is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

DATED:   9/2/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Rico2549.jud.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  JOSE L. RICO,                                            Case Number: CV08-02549 SBA
7           Plaintiff,                                      **CERTIFICATE OF SERVICE**
8    v.
9  / et al,
10          Defendant.                                  /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose L. Rico G-01731
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: September 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Rico2549.jud.wpd     2